JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO PEREZ,<br><br>        Petitioner,<br><br>    v.<br><br>K. HOLLAND (WARDEN),<br><br>        Respondent. | NO. CV 14-2638-CJC (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying A Certificate Of Appealability; And Referring Petition To Ninth Circuit Pursuant To Ninth Circuit Rule 22-3(a),

IT IS ADJUDGED that this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: April 14, 2014.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE